

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 17 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TEAGUE A. DUNCAN                                                    PLAINTIFF

VS.                                             CIVIL ACTION NO. 1:14-cv-00332-LG-JCG

GABRIEL J. SIMON, II, USAA CASUALTY
INSURANCE COMPANY AND
LM GENERAL INSURANCE COMPANY                                       DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court having cause having come on for hearing, and there being no remaining issues

to be litigated by or between the parties or adjudicated or determined by the Court, it is

ORDERED that this cause be, and the same hereby is, **DISMISSED WITH PREJUDICE** with

each party to bear its own costs.

SO ORDERED this the ___17th___ day of February, 2016.

_____
CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

___s/Paul Ott_____
Attorney for Plaintiff

___s/Ed Taylor_____
Attorney for Defendant
USAA Casualty Insurance Company

___s/Ford Bailey_____
Attorney for Defendant
LM General Insurance Company